UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

NORA GEORGE,                          )
                                      )
                Plaintiff             )
                                      )
        vs.                           )        CAUSE NO. 3:12-CV-369 RM
                                      )
JOHNSON & JOHNSON, et al.,            )
                                      )
                Defendants            )

OPINION and ORDER

On July 11, 2012, the court issued an order giving the plaintiff, Nora George, twenty days to correct the jurisdictional deficiencies in her complaint. Ms. George filed an amended complaint on July 24, deleting defendants Gynecare Worldwide, Ethicon Womans Health and Urology, and John Does 1-50 and identifying the citizenship of the two remaining corporate defendants, but the amended complaint doesn't identify the plaintiff's citizenship. The citizenship of a individual depends on domicile, not residence. Heinen v. Northrop Grumman Corp., 671 F.3d 669, 670 (7th Cir. 2012). The court, accordingly, affords the plaintiff ten days from the date of this order within which to file a second amended complaint remedying the jurisdictional deficiency. Failure to do so may result in dismissal. See Thomas v. Guardsmark, LLC, 487 F.3d 531, 534 (7th Cir. 2007); Holz v. Terre Haute Regional Hospital, 123 Fed.Appx. 712, 713-14 (7th Cir. 2005).

SO ORDERED.

ENTERED:   July 31, 2012

                            /s/ Robert L. Miller, Jr.
                        Judge, United States District Court